UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED LION HOTELS FRANCHISING, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIRST CAPITAL REAL ESTATE, INVESTMENTS, LLC, a California limited company; SUNEET SINGAL and MAJIQUE LADNIER, individually and as the marital community comprised thereof, <br><br> Defendants. | No. 2:18-mc-0161 TLN DB <br><br><br> ORDER |

On January 21, 2021, the undersigned continued a judgment debtor examination in this action to June 11, 2021. (ECF No. 33.) Pursuant to that order the judgment creditor was ordered to serve a copy of that order on the judgment debtor and file proof of such service within 21 days. (Id.) The 21-day period has long passed, and no proof of service has been filed.

Accordingly, IT IS HEREBY ORDERED that the June 11, 2021 judgment debtor examination (ECF No. 33) is vacated.

Dated: June 4, 2021

DLB:6
DB/orders/orders.civil/ redlion0161.jde.vac.ord

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1